IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES, | CR-12-18-GF-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| EUGENE DELBERT WELLS, JR., | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Report and Order Terminating Probation/Supervised Release, Doc. 78 is **WITHDRAWN**.

Dated the 31st day of May, 2018.

_____
Brian Morris
United States District Court Judge